# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Johnson, Dylon Mychael | Docket No. | 0980 2:21CR00144-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dylon Mychael Johnson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 15th day of December 2022, under the following conditions:

**Additional Special Conditions of Release #31:** If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer and the U.S. Attorney, and Defendant shall immediately return to the custody of the U.S. Marshal.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Dylon Mychael Johnson is alleged to have violated the conditions of pretrial release by failing to return to the custody of the U.S. Marshals Service upon being terminated from inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) on December 21, 2021.

On December 15, 2021, Mr. Johnson appeared before the Court and was ordered to be released to enter inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) on December 16, 2021.

On January 5, 2021, the undersigned officer spoke with an employee at ABHS. The employee confirmed Mr. Johnson was terminated from inpatient substance abuse treatment at ABHS on December 21, 2021. Mr. Johnson allegedly attempted to steal medication from a medication cart at ABHS. When confronted about taking the medications by ABHS staff, Mr. Johnson reportedly said he was in need of medication and that him taking medication from the cart was "impulsive." ABHS staff reported they were willing to give Mr. Johnson another opportunity to continue on with inpatient substance abuse treatment. However, Mr. Johnson allegedly was not willing to take the prescribed medications provided by ABHS and left the facility.

It does not appear Mr. Johnson returned to the custody of the U.S. Marshals Service upon termination of inpatient treatment. Mr. Johnson's current whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: January 5, 2022 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Johnson, Dylon Mychael
January 5, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

January 5, 2022
_____
Date