PROB 12C
(6/16)

Report Date: August 21, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dylon Mychael Johnson | Case Number: 0980 2:21CR00144-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 13, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924 (a)(2) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: August 11, 2023 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: August 10, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On August 14, 2023, a United States probation officer reviewed the conditions of supervision with Mr. Johnson. Mr. Johnson signed acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Johnson is in violation of his supervised release conditions by consuming methamphetamine on or about August 14, 2023. |
| | On August 14, 2023, the offender contacted the undersigned officer to notify that he missed his connecting greyhound bus in Portland, Oregon, and was still in Portland. The undersigned asked why he missed his connecting bus, to which he replied "I got into a fight." The undersigned instructed him to report to the Portland, Oregon, United States Federal Courthouse to check in with probation. Mr. Johnson then stated "can I be honest with you? I have used meth or whatever." |
| | On that same date, Mr. Johnson reported to the Portland Federal Probation Office. The undersigned was notified that Mr. Johnson was denied entrance into the Federal Courthouse |

Prob12C
Re: Johnson, Dylon Mychael
August 21, 2023
Page 2

due to being under the influence. At that time, a United States probation officer (USPO) went outside to speak with Mr. Johnson and went over his conditions.

2    **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Johnson is in violation of his supervised release conditions by consuming methamphetamine on or about August 16, 2023.

On August 17, 2023, Mr. Johnson reported to the United States Probation Office. He submitted to a urinalysis, which returned presumptive positive for methamphetamine. He signed an admission form stating he last used methamphetamine on August 16, 2023.

3    **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Johnson is in violation of his supervised release conditions by consuming marijuana on or about August 17, 2023.

On August 17, 2023, Mr. Johnson reported to the United States Probation Office. He submitted to a urinalysis, which returned presumptive positive for marijuana. He signed an admission form stating he last used marijuana on August 17, 2023.

4    **Special Condition # 4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: It is alleged that Mr. Johnson violated his terms of supervised release by failing to report to the RRC.

On August 12, 2023, the undersigned officer received notification from the residential reentry center (RRC) that Mr. Johnson failed to report for his public law placement on August 11, 2023.

5    **Standard Conditions # 13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** It is alleged that Mr. Johnson violated his terms of supervised release by failing to report to the United States Probation Office as instructed on August 21, 2023.

On August 21, 2023, Mr. Johnson failed to report as instructed. The undersigned attempted to contact the offender, however, no response was received.

Prob12C  
**Re: Johnson, Dylon Mychael**  
**August 21, 2023**  
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 21, 2023

s/Courtney Hambel

Courtney Hambel  
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Other

Thomas O. Rice  
United States District Judge

August 21, 2023  
Date