PROB 12C
(6/16)

Report Date: January 29, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dylon Mychael Johnson | Case Number: 0980 2:21CR00144-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Nespelem, WA 99155 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: December 13, 2022 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924 (a)(2) | |
| Original Sentence: Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard Barker | Date Supervision Commenced: August 11, 2023 |
| Defense Attorney: Lorinda Meier Youngcourt | Date Supervision Expires: August 10, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2023.

On August 14, 2023, a United States probation officer reviewed the conditions of supervision with Mr. Johnson. Mr. Johnson signed acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On January 23, 2024, Dylon Johnson allegedly violated mandatory condition number 1 by allegedly committing assault, battery (2 counts), Theft (2 counts) and burglary.<br><br>According to the information available to this officer, on January 23, 2024, officers with the Colville Tribal Police Department made contact with the victim's mother who called to report her daughter (the victim) was assaulted at approximately 1900 by Dylon Johnson and two individuals and had a head injury. According to the statement: Dylon Johnson and two others arrived at the victim's residence. They then "jumped her". The report indicates Dylon Johnson hit the victim on the head with a purple speaker and shot the victim with a BB gun in the abdomen several times and said "if I go back to prison I will kill you." In addition, the report indicates the offender took a speaker from the residence. |

Prob12C
Re: Johnson, Dylon Mychael
February 1, 2024
Page 2

After probable cause was established, Mr. Johnson was subsequently arrested and charged as outlined above. It should be noted, that when Mr. Johnson was arrested on the above charges he was found to be in possession of the following items:

- 1.5 grams of crystal like substance which appeared to be amphetamine
- small jar of a clear unknown substance
- glass smoking device used for smoking methamphetamine
- several straw like smoking devices
- several burnt foil
- one small green baggy with a small blue pill marked with M30. (The police officer described based on his training and experience, he believed the pills to be counterfeit pills for oxycodone and were made with fentanyl)
- psychedelic mushrooms
- marijuana
- 2 marijuana glass pipes

As of the writing of this report, the offender is incarcerated in the Colville Tribal Jail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/01/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

February 1, 2024
Date