PROB 12C
(6/16)

Report Date: April 19, 2024

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

May 02, 2024

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dylon Mychael Johnson            Case Number: 0980 2:21CR00144-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 13, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 21 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Nowles Hayden Heinrich | Date Supervision Commenced: August 11, 2023 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: August 10, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2023, and 02/01/2024.

**Please Note:** An incorporation petition was filed with the Court on February 1, 2024. The purpose of this petition is to reflect updated information, guideline provisions, and to be the revised version.

On August 14, 2023, a United States probation officer reviewed the conditions of supervision with Mr. Johnson. Mr. Johnson signed acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  On January 23, 2024, Dylon Johnson allegedly violated mandatory condition number 1 by allegedly committing the federal felony offenses of robbery in Indian Country, assault with intent to commit any felony in Indian Country, and assault with a dangerous weapon in Indian Country.<br><br>According to the information available to this officer, on January 23, 2024, officers with the Colville Tribal Police Department (CTPD) made contact with the victim's mother who called to report her daughter (the victim) was assaulted at approximately 7 p.m., by Dylon Johnson and two individuals, and she had a head injury. According to the statement, Dylon Johnson and two others arrived at the victim's residence. They then "jumped her." The report indicates Dylon Johnson hit the victim on the head with a purple speaker and shot the victim with a BB gun in the abdomen several times and said, "if I go back to prison I will kill you." In addition, the report indicates the offender took a speaker from the residence. |

Prob12C
Re: Johnson, Dylon Mychael
April 19, 2024
Page 2

After probable cause was established, Mr. Johnson was subsequently arrested and charged by the CTBD for the crimes of committing assault, battery (2 counts), theft (2 counts) and burglary. On April 18, 2024, in the Eastern District of Washington, Mr. Johnson was indicted on the federal offenses of robbery in Indian Country, assault with intent to commit any felony in Indian Country, and assault with a dangerous weapon in Indian Country creating case number 2:24CR00061-TOR-1.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 19, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
May 2, 2024
Date